IN RE:  Garcia, Ricardo                                    )                    Case No.  11 B 08568
                                                           )                    Judge Pamela S. Hollis
                                                                               Date   08/30/11


                                                                               Debtor Attorney:

                                                                               Heller & Richmond Ltd
                                                                               75 E Wacker, 12th Floor
                                                                               Chicago, IL  60601

Ricardo Garcia
1817 S 57th Avenue
Cicero, IL  60804                                                              Mail


Mail

---

### *Notice of Payment of Final Mortgage Cure Amount*
### *NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1)  The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of JP Morgan
    Chase Bank NA; Account No: 2468 COC; in the amount of $150.00 has been paid in full.

2)  The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
    failed to make timely payments of postpetition obligations.

3)  If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to
    itemize all outstanding payment obligations as of the date of the notice, and file a statement of these
    obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the
    debtor, within 60 days of service of the notice from the trustee (or longer time as the court may order).

4)  If the holder fails to file and serve a statement of outstanding obligations within the required time, the
    holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the
    date of the trustee's notice.

5)  If the holder does serve a statement of outstanding obligations within the required time, the debtor may
    (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed
    with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a
    contested matter, or
    (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges
    or the court determines to be due.

6)  To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
    determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of
    the holder to collect these amounts will be unaffected.

7)  No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                                      Creditor Address:
Suite 800
224 South Michigan Avenue                                            JP Morgan Chase Bank NA
Chicago, IL  60604-2500                                              3415 Vision Dr Dept OH4-7119
(312) 431-1300                                                       Columbus, OH  43219


                                                                    Mail